IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

                              JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                  16-cv-38-bbc

v.

OFFICE OF LAWYER
REGULATION/SUPREME COURT,
KEITH SELLEN and
CYNTHIA SCHALLY,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Office of Lawyer Regulation/Supreme Court, Keith Sellen and Cynthia Schally dismissing this case with prejudice.

| /s/ | 2/11/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |